**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 26-220** |
| | : | |
| **AMIR MARTIN** | : | |

# ORDER

**AND NOW**, this 19th day of November 2026, upon consideration of Defendant Amir Martin's Motion to Dismiss (**DI 24**) and the government's response in opposition (**DI 26**), it is **ORDERED** that the motion (**DI 24**) is **DENIED** for the reasons outlined in the accompanying memorandum.

John F Murphy

**MURPHY, J.**